# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANGI LEE ANDREWS, | ) |
| Petitioner, | ) |
| vs. | ) NO. CIV-08-1195-HE |
| THE STATE OF OKLAHOMA, THE DISTRICT COURT OF OKLAHOMA COUNTY, OKLAHOMA, | ) |
| Respondent. | ) |

## **ORDER**

Petitioner Rangi Lee Andrews, a pretrial detainee appearing *pro se*, instituted this action pursuant to 28 U.S.C. § 2241 seeking a writ of habeas corpus. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Robert E. Bacharach, who has recommended that the petition be dismissed without prejudice. The petitioner, by failing to object to the Report and Recommendation [Doc. # 5], has waived his right to appellate review. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059-60 (10th Cir. 2006).

Accordingly, the court adopts the Report and Recommendation and **DISMISSES** the petition for writ of habeas corpus.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2009.

JOE HEATON
UNITED STATES DISTRICT JUDGE